UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUANG-DAO TRINH,

Plaintiff,

v.

NA MI, et al.,

Defendants.

Case No. 26-cv-03248-SK

**ORDER TO SHOW CAUSE**

Regarding Docket Nos. 15, 16

On July 16, 2026, the Court granted two motions filed by Plaintiff and set an initial case management conference for October 26, 2026. (Dkt. No. 15.) Plaintiff was directed to submit a case management statement by October 19, 2026. (*Id.*) Plaintiff did not file a case management statement even after being reminded of the deadline on October 21, 2026. (Dkt. No. 16.) Moreover, Plaintiff failed to appear for the case management conference on October 26, 2026. Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause by no later than **November 16, 2026**. Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by **November 16, 2026**, the Court will dismiss this matter for failure to prosecute without further notice.

**IT IS SO ORDERED**.

Dated: October 27, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California